UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

Case No.: 5:25-CV-03249-JFW-KES

KATHRYN ROSE HUNTER,

  Claimant,

v.

THE STATE OF CALIFORNIA,

  Defendant.

**FEE PAID**

COMPLAINT FOR DECLARATORY RELIEF,
INJUNCTIVE RELIEF, NOMINAL DAMAGES, AND
COMPENSATORY DAMAGES

Claimant alleges:

This matter presents constitutional questions appropriate for resolution by the Court as a matter of law, without the need for trial or evidentiary hearing. No material factual dispute exists and Claimant does not demand a jury. Claimant seeks adjudication by the Court based solely on the record, the exhibits, and the constitutional issues presented.

## I. JURISDICTION AND VENUE

1. This action concerns the constitutional limits of State authority to impose and maintain marital status in a form that contradicts Claimant's sincerely held religious doctrine and her unalienable natural rights of conscience protected by the First Amendment. The State's maintenance of marital records in opposition to Claimant's doctrine intrudes upon the constitutional boundary that separates governmental power from religious conscience.

2. This action arises under the First Amendment to the United States Constitution, which protects natural rights of conscience and religious exercise that pre-exist government and constrain governmental authority.

3. Jurisdiction exists under 28 USC § 1331 because Claimant seeks redress for ongoing and completed violations of the First Amendment. Declaratory and injunctive relief are authorized under 28 USC §§ 2201–2202.

4. Venue is proper in this District under 28 USC § 1391(b) because the events, records and administrative actions at issue occurred within this District.

## II. FACTS

5. Claimant is a natural person residing in San Bernardino County, California.

6. Claimant entered three separate marriages, each structured, licensed, administered and recorded by the State of California. In each instance, the State did not act as a passive registrar but as an essential legal party whose authorization and continuing maintenance are required for the marriage to exist in State form. Each marriage produced a distinct State-issued certificate reflecting the State's ongoing participation in Claimant's marital status. Certified copies of these certificates are attached as Exhibits A, B and C.

7. Each marriage certificate in Exhibits A–C reflects a structure in which the State is a continuing legal party to the marital relationship. Claimant attempted dissolution, but dissolution itself improper under Claimant's doctrine because dissolution requires renewed State participation in a relationship that, according to Claimant's beliefs, may exist only between two persons and God. The State prevents Claimant from aligning her identity with her tenets of faith by conditioning correction of these records on Claimant's submission to additional State involvement. This forced entanglement constitutes an ongoing violation of Claimant's First Amendment rights, producing ongoing harm, damage, loss and hardship for Claimant. By compelling Claimant to bear a State-imposed marital identity that her doctrine deems spiritually impermissible, the State places Claimant in a condition of religious contradiction that, under her sincerely held religious beliefs, jeopardizes her immortal soul and places Claimant

at risk of eternal damnation.

8. Claimant's doctrine holds that being held in overlapping marital bonds with the State constitutes a profound spiritual peril equivalent to polygamy, and the State's continued insistence on maintaining these overlapping marital bonds imposes upon Claimant an identity that is irreconcilably opposed to the tenets of Claimant's faith.

9. Claimant has incurred filing fees, service fees, attorney consultation fees, attorney fees and related expenses without receiving relief. These expenditures were compelled by the State's unconstitutional structure to attempt corrections. Claimant further seeks nominal damages in the amount of nine dollars (9 USD) for the completed First Amendment violations at issue.

10. The record maintained in error causes Claimant harm, damage, loss, and hardship, including spiritual jeopardy, doctrinal contradiction, and ongoing entanglement between her religious convictions and State-imposed marital status.

11. Claimant requires an expeditious judicial determination because Claimant's status remains uncertain and in conflict due to the State's maintaining the record in error. Prompt resolution in accordance with her religious doctrine is necessary to prevent further harm, damage, loss, and hardship.

12. Nominal damages are available as redress for completed violations of the First Amendment, as recognized in Uzuegbunam v. Preczewski, 141 S. Ct. 792 (2021). Although nominal damages are commonly pursued through 42 USC § 1983, this action is grounded in natural-rights religious liberty and the First Amendment; § 1983 functions only as the background mechanism that enables recognition of the completed constitutional violation.

## III. IRREPARABLE HARM AND INADEQUACY OF LEGAL REMEDIES

13. Claimant suffers irreparable harm, damage, loss and hardship each day the State maintains marriage records in error that force Claimant into a status her faith prohibits. The loss of First Amendment freedoms, even for brief periods, constitutes irreparable injury as a matter of

constitutional doctrine.

14. Monetary relief alone cannot remedy the ongoing conflict between Claimant's State-imposed status and her religious convictions.

15. Declaratory and injunctive relief are required to align Claimant's status with her religious doctrine and prevent further State-imposed entanglement.

## IV. CLAIMS FOR RELIEF

### A. Free Exercise Clause (First Amendment)

16. Claimant realleges paragraphs 1 through 15.

17. The State's mandatory involvement in Claimant's marriages and its refusal to correct records maintained in error substantially burden Claimant's religious exercise by imposing an identity inconsistent with her beliefs and by conditioning relief on participation in processes that violate her doctrine.

18. The State provides no neutral or generally applicable mechanism through which Claimant may correct these records without further State involvement, thereby creating a coercive burden on her conscience.

19. As applied to Claimant, this structure violates the Free Exercise Clause.

### B. Establishment Clause (First Amendment)

20. Claimant realleges paragraphs 1 through 19.

21. By requiring itself as a continuing legal party to Claimant's marriages and conditioning correction of records on further State participation, the State creates an excessive entanglement between authority and religious doctrine.

22. The State's structure lacks a neutral purpose as applied to Claimant and inhibits her ability to practice her faith free from government-imposed contradiction.

23. This entanglement violates the Establishment Clause.

## V. PRAYER FOR RELIEF

Claimant respectfully requests:

A. A declaration that the State's marriage structure, as applied to Claimant, violates the First Amendment.

B. A declaration that all three alleged marriages are void ab initio as to Claimant.

C. An injunction requiring the State to correct all three marriage records accordingly and expeditiously.

D. Nominal damages of nine dollars (9 USD), as recognized for completed constitutional violations under Uzuegbunam.

E. Compensatory damages in an amount to be determined by the Court based on the documented expenditures Claimant incurred as a direct consequence of the State's unconstitutional structure, including but not limited to filing fees, service fees, attorney consultation fees, attorney fees and related costs.

F. Expedited consideration due to Claimant's uncertain spiritual status and the ongoing constitutional harm, damage, loss and hardship arising from the State's maintaining records in error.

G. Any further relief this Court deems necessary and proper.

Dated: 12/3/2025

KATHRYN ROSE HUNTER

In Propria Persona

## EXHIBIT INDEX

1. Exhibit A – Certified Marriage Certificate (Marriage #1)
2. Exhibit B – Certified Marriage Certificate (Marriage #2)
3. Exhibit C – Certified Marriage Certificate (Marriage #3)

# EXHIBIT A

Certified Marriage Certificate

(Marriage #1)

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# SAN BERNARDINO COUNTY
SAN BERNARDINO, CALIFORNIA

4 200836007364

## LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|

**Optional: ☐ Groom ☐ Bride — PARTY A'S PERSONAL DATA**

- 1A. NAME OF PARTY A – FIRST: SAMUEL
- 1B. MIDDLE: NEWTON CALDWELL
- 1C. CURRENT LAST: HUNTER
- 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C):
- 2. DATE OF BIRTH (MM/DD/CCYY): 12/19/1978
- 3. STATE/COUNTRY OF BIRTH: ICELAND
- 4. # PREV. MARRIAGES/SRDP: 0
- 5A. LAST MARRIAGE/SRDP ENDED BY: ☐ DEATH ☐ DISSO ☐ ANNULMENT ☐ TERM SRDP ☒ N/A
- 5B. DATE ENDED (MM/DD/CCYY): -
- 6. ADDRESS: 11660 CHURCH ST #227
- 7. CITY: RANCHO CUCAMONGA
- 8. STATE/COUNTRY: CA
- 9. ZIP CODE: 91730
- 10A. FULL BIRTH NAME OF FATHER/PARENT: RANDALL KEITH HUNTER
- 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): PA
- 11A. FULL BIRTH NAME OF MOTHER/PARENT: MERINDA CAROL PACE
- 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): AL

**Optional: ☐ Groom ☐ Bride — PARTY B'S PERSONAL DATA**

- 12A. NAME OF PARTY B – FIRST: KATHRYN
- 12B. MIDDLE: ROSE
- 12C. CURRENT LAST: CURE
- 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C): PIDANICK
- 13. DATE OF BIRTH (MM/DD/CCYY): 12/27/1978
- 14. STATE/COUNTRY OF BIRTH: CA
- 15. # PREV. MARRIAGES/SRDP: 1
- 16A. LAST MARRIAGE/SRDP ENDED BY: ☐ DEATH ☒ DISSO ☐ ANNULMENT ☐ TERM SRDP ☐ N/A
- 16B. DATE ENDED (MM/DD/CCYY): 12/14/2008
- 17. ADDRESS: 11660 CHURCH ST #227
- 18. CITY: RANCHO CUCAMONGA
- 19. STATE/COUNTRY: CA
- 20. ZIP CODE: 91730
- 21A. FULL BIRTH NAME OF FATHER/PARENT: LOUIS PIDANICK
- 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): CA
- 22A. FULL BIRTH NAME OF MOTHER/PARENT: SUSAN GAY PATCH
- 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): IN

**AFFIDAVIT**

WE, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE.

- 23. SIGNATURE OF PARTY A
- 24. SIGNATURE OF PARTY B

**LICENSE TO MARRY**

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME...

- 25A. ISSUE DATE (MM/DD/CCYY): 12/15/2008
- 25B. EXPIRES AFTER (MM/DD/CCYY): 03/15/2009
- 25C. NAME OF COUNTY CLERK: LARRY WALKER
- 25D. SIGNATURE OF CLERK OR DEPUTY CLERK: BY ▶ [signature]
- 25E. MARRIAGE LICENSE NUMBER: 2008108023
- 25F. COUNTY OF ISSUE: SAN BERNARDINO
- 25G. RETURN COMPLETED MARRIAGE LICENSE TO INCLUDE ADDRESS: 222 W. Hospitality Ln., SanBernardino CA 92415

**WITNESS(ES) (ONE REQUIRED, NO MORE THAN TWO ALLOWED)**

- 26A. SIGNATURE OF WITNESS: Merinda Feathers
- 26B. NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY): Merinda Feathers
- 26C. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: 06743 Tharp Lake Rd Cassopolis MI 49031
- 27A. SIGNATURE OF WITNESS: [signature]
- 27B. NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY): Ryan Pidanick
- 27C. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: 7510 Mrdive Ave Rancho Cucamonga CA, USA 91730

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE STATE OF CALIFORNIA.

- 28A. DATE OF MARRIAGE (MM/DD/CCYY): 12-19-2008
- 28B. CITY/TOWN OF MARRIAGE: SAN BERNARDINO
- 28C. COUNTY OF MARRIAGE: SAN BERNARDINO
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: [signature]
- 29B. RELIGIOUS DENOMINATION (IF CLERGY):
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY): CARLA MIMS
- 29D. OFFICIAL TITLE: DEPUTY COMM. OF CIVIL MARRIAGES
- 29E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: 222 W. HOSPITALITY LN. SAN BERNARDINO CA 92415

**LOCAL REGISTRAR**

- 30A. NAME OF LOCAL REGISTRAR: LARRY WALKER
- 30B. SIGNATURE OF CLERK OR DEPUTY CLERK: BY ▶ [signature]
- 30C. DATE ACCEPTED FOR REGISTRATION: 12/23/2008

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS          VS-117 (08/2008)

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK



003146466

DATE ISSUED     DEC 01 2025



JOSIE GONZALES
ASSESSOR-RECORDER-CLERK



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT B

## Certified Marriage Certificate

(Marriage #2)

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SAN BERNARDINO COUNTY
SAN BERNARDINO, CALIFORNIA

**CONFIDENTIAL**
**LICENSE AND CERTIFICATE OF MARRIAGE**
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

**5201336001513**
LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

### FIRST PERSON DATA (☒ Groom ☐ Bride)

| Field | Value |
|---|---|
| 1A. FIRST NAME | SAMUEL |
| 1B. MIDDLE | NEWTON CALDWELL |
| 1C. CURRENT LAST | HUNTER |
| 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C) | |
| 2. DATE OF BIRTH (MM/DD/CCYY) | 12/19/1978 |
| 3. STATE/COUNTRY OF BIRTH | ICELAND |
| 4. # PREV. MARRIAGES/SRDP | 1 |
| 5A. LAST MARRIAGE/SRDP ENDED BY: | ☐ DEATH ☒ DISSO ☐ ANNULMENT ☐ TERM SRDP ☐ N/A |
| 5B. DATE ENDED (MM/DD/CCYY) | 02/14/2013 |
| 6. ADDRESS | 5606 EASTHOMECOMING CIRCLE A |
| 7. CITY | EASTVALE |
| 8. STATE/COUNTRY | CA |
| 9. ZIP CODE | 91752 |
| 10A. FULL BIRTH NAME OF FATHER/PARENT | RANDALL KEITH HUNTER |
| 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) | PA |
| 11A. FULL BIRTH NAME OF MOTHER/PARENT | MERINDA CAROL PACE |
| 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) | AL |

### SECOND PERSON DATA (☐ Groom ☒ Bride)

| Field | Value |
|---|---|
| 12A. FIRST NAME | KATHRYN |
| 12B. MIDDLE | ROSE |
| 12C. CURRENT LAST | HUNTER |
| 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C) | PIDANICK |
| 13. DATE OF BIRTH (MM/DD/CCYY) | 12/27/1978 |
| 14. STATE/COUNTRY OF BIRTH | CA |
| 15. # PREV. MARRIAGES/SRDP | 2 |
| 16A. LAST MARRIAGE/SRDP ENDED BY: | ☐ DEATH ☒ DISSO ☐ ANNULMENT ☐ TERM SRDP ☐ N/A |
| 16B. DATE ENDED (MM/DD/CCYY) | 02/14/2013 |
| 17. ADDRESS | 5606 EASTHOMECOMING CIRCLE A |
| 18. CITY | EASTVALE |
| 19. STATE/COUNTRY | CA |
| 20. ZIP CODE | 91752 |
| 21A. FULL BIRTH NAME OF FATHER/PARENT | LOUIS PIDANICK |
| 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) | CA |
| 22A. FULL BIRTH NAME OF MOTHER/PARENT | SUSAN GAY PATCH |
| 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) | IN |

### AFFIDAVIT

WE, THE UNDERSIGNED, CURRENTLY LIVING TOGETHER AS SPOUSES, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE, NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A CONFIDENTIAL LICENSE AND CERTIFICATE OF MARRIAGE.

23. SIGNATURE OF PERSON LISTED IN FIELDS 1A-1D ► *(signature)*
24. SIGNATURE OF PERSON LISTED IN FIELDS 12A-12D ► *(signature)*

### LICENSE TO MARRY

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME AND PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CLAIMED, OR THAT THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR IN ACCORDANCE WITH FAMILY CODE SECTION 502. THE PARTIES HAVING FURTHER DECLARED THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVING PAID THE FEES PRESCRIBED BY LAW, AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA, TO SOLEMNIZE THE MARRIAGE OF THE ABOVE-NAMED PERSONS PURSUANT TO FAMILY CODE SECTION 500. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE CALIFORNIA COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F BELOW.

| 25A. ISSUE DATE (MM/DD/CCYY) | 25B. EXPIRES AFTER (MM/DD/CCYY) | 25C. NAME OF COUNTY CLERK | 25D. SIGNATURE OF CLERK OR DEPUTY CLERK |
|---|---|---|---|
| 10/24/2013 | 01/22/2014 | DENNIS DRAEGER | BY ► *(signature)* |

| 25E. MARRIAGE LICENSE NUMBER | 25F. COUNTY OF ISSUE | 25G. RETURN COMPLETED MARRIAGE LICENSE TO (INCLUDE ADDRESS): |
|---|---|---|
| 2013201740 | SAN BERNARDINO | 222 W. Hospitality Ln., San Bernardino CA 92415 |

### ITEMS 26A-26D COMPLETED ONLY IF LICENSE IS ISSUED BY NOTARY PUBLIC

26A. STATE OF CALIFORNIA, COUNTY OF:
SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME ON THIS ____ DAY OF _____, 20 ____
BY _____
PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME. ►
26B. TYPED NAME OF NOTARY
26C. SIGNATURE OF NOTARY
26D. AFFIX NOTARY SEAL

### CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F ABOVE.

| 27A. DATE OF MARRIAGE (MM/DD/CCYY) | 27B. CITY OF MARRIAGE | 27C. COUNTY OF MARRIAGE |
|---|---|---|
| 10/24/2013 | San Bernardino | San Bernardino |

28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ► *(signature)*
28B. RELIGIOUS DENOMINATION (IF CLERGY)

| 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY) | 28D. OFFICIAL TITLE |
|---|---|
| Lisa Garcia | Deputy Comm of Civil Marriage |

28E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE
222 W. Hospitality Lane, San Bernardino CA 92415

### NEW NAME(S) (IF ANY) (SEE REVERSE)

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 1A-1D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)
| 29A. FIRST – MUST BE SAME AS 1A | 29B. MIDDLE | 29C. LAST |
|---|---|---|
| -- | -- | -- |

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 12A-12D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)
| 30A. FIRST – MUST BE SAME AS 12A | 30B. MIDDLE | 30C. LAST |
|---|---|---|
| -- | -- | -- |

### COUNTY CLERK

| 31A. NAME OF COUNTY CLERK | 31B. SIGNATURE OF CLERK OR DEPUTY CLERK | 31C. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| Dennis Draeger *(signature)* | By *(signature)* | 10/28/2013 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
VS-123 (01/01/2010)

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.


003146468


JOSIE GONZALES
ASSESSOR-RECORDER-CLERK

DATE ISSUED    DEC 01 2025

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.




THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

ASSESSOR-RECORDER-CLERK · COUNTY OF SAN BERNARDINO, CALIFORNIA

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

# EXHIBIT C

## Certified Marriage Certificate

### (Marriage #3)

CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE

## RIVERSIDE, CALIFORNIA

**CONFIDENTIAL**
**LICENSE AND CERTIFICATE OF MARRIAGE**
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

STATE FILE NUMBER

LOCAL REGISTRATION NUMBER: 5201433001264

**FIRST PERSON DATA / ☒ Groom ☐ Bride**

| 1A. FIRST NAME | 1B. MIDDLE |
|---|---|
| SAMUEL | NEWTON CALDWELL |

| 1C. CURRENT LAST | 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C) |
|---|---|
| HUNTER | -- |

| 2. DATE OF BIRTH (MM/DD/CCYY) | 3. STATE/COUNTRY OF BIRTH | 4. #PREV. MARRIAGES/SRDP | 5A. LAST MARRIAGE/SRDP ENDED BY | 5B. DATE ENDED (MM/DD/CCYY) |
|---|---|---|---|---|
| 12/19/1978 | ICELND | 01 | ☐DEATH ☒DISSO ☐ANNULMENT ☐TERM SRDP ☐NA | 07/27/2014 |

| 6. ADDRESS | 7. CITY | 8. STATE/COUNTRY | 9. ZIP CODE |
|---|---|---|---|
| 5606A EAST HOMECOMING CIR | EASTVALE | CA | 91752 |

| 10A. FULL BIRTH NAME OF FATHER/PARENT | 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| RANDALL KEITH HUNTER | WV |

| 11A. FULL BIRTH NAME OF MOTHER/PARENT | 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| MERINDA CAROL PACE | AL |

**SECOND PERSON DATA / ☐ Groom ☒ Bride**

| 12A. FIRST NAME | 12B. MIDDLE |
|---|---|
| KATHRYN | ROSE |

| 12C. CURRENT LAST | 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C) |
|---|---|
| HUNTER | PIDANICK |

| 13. DATE OF BIRTH (MM/DD/CCYY) | 14. STATE/COUNTRY OF BIRTH | 15. # PREV. MARRIAGES/SRDP | 16A. LAST MARRIAGE/SRDP ENDED BY | 16B. DATE ENDED (MM/DD/CCYY) |
|---|---|---|---|---|
| 12/27/1978 | CA | 01 | ☐DEATH ☒DISSO ☐ANNULMENT ☐TERM SRDP ☐NA | 07/27/2014 |

| 17. ADDRESS | 18. CITY | 19. STATE/COUNTRY | 20. ZIP CODE |
|---|---|---|---|
| 5606A EAST HOMECOMING CIR | EASTVALE | CA | 91752 |

| 21A. FULL BIRTH NAME OF FATHER/PARENT | 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| LOUIS -- PIDANICK | CA |

| 22A. FULL BIRTH NAME OF MOTHER/PARENT | 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| SUSAN GAY PATCH | IN |

**AFFIDAVIT**

WE, THE UNDERSIGNED, CURRENTLY LIVING TOGETHER AS SPOUSES, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE, NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A CONFIDENTIAL LICENSE AND CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF PERSON LISTED IN FIELDS 1A-1D | 24. SIGNATURE OF PERSON LISTED IN FIELDS 12A-12D |
|---|---|

**LICENSE TO MARRY**

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES HAVE PERSONALLY APPEARED BEFORE ME AND PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CLAIMED, OR THAT THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR, IN ACCORDANCE WITH FAMILY CODE SECTION 502. THE PARTIES HAVING FURTHER DECLARED THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVING PAID THE FEES PRESCRIBED BY LAW, AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA, TO SOLEMNIZE THE MARRIAGE OF THE ABOVE-NAMED PERSONS PURSUANT TO FAMILY CODE SECTION 500. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE CALIFORNIA COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F BELOW.

| 25A. ISSUE DATE (MM/DD/CCYY) | 25B. EXPIRES AFTER (MM/DD/CCYY) | 25C. NAME OF COUNTY CLERK | 25D. SIGNATURE OF CLERK OR DEPUTY CLERK |
|---|---|---|---|
| 10/17/2014 | 01/14/2015 | LARRY W. WARD | BY ► |

| 25E. MARRIAGE LICENSE NUMBER | 25F. COUNTY OF ISSUE | 25G. RETURN COMPLETED MARRIAGE LICENSE TO (INCLUDE ADDRESS) |
|---|---|---|
| R-51433000802 | RIVERSIDE | P.O. BOX 751, RIVERSIDE, CA 92502 |

**ITEMS 26A-26D COMPLETED ONLY IF LICENSE ISSUED BY NOTARY PUBLIC**

| 26A. STATE OF CALIFORNIA, COUNTY OF | 26B. TYPED NAME OF NOTARY | 26D. AFFIX NOTARY SEAL |
|---|---|---|
| SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME ON THIS ___ DAY OF ___ 20 ___ BY ___ PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME. | 26C. SIGNATURE OF NOTARY ► | |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F ABOVE.

| 27A. DATE OF MARRIAGE (MM/DD/CCYY) | 27B. CITY OF MARRIAGE | 27C. COUNTY OF MARRIAGE |
|---|---|---|
| 10/17/2014 | RIVERSIDE | RIVERSIDE |

| 28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 28B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|
| ► Margaret Gate | |

| 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY) | 28D. OFFICIAL TITLE |
|---|---|
| MARGARET GATE | DEP COMM MARR |

| 28E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE |
|---|
| P.O. BOX 751 RIVERSIDE CA 92502 |

**NEW NAME(S) (IF ANY) (SEE REVERSE)**

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 1A-1D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| 29A. FIRST – MUST BE SAME AS 1A | 29B. MIDDLE | 29C. LAST |
|---|---|---|
| -- | -- | -- |

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 12A-12D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| 30A. FIRST – MUST BE SAME AS 12A | 30B. MIDDLE | 30C. LAST |
|---|---|---|
| -- | -- | -- |

**COUNTY CLERK**

| 31A. NAME OF COUNTY CLERK | 31B. SIGNATURE OF CLERK OR DEPUTY CLERK | 31C. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| LARRY W. WARD | BY ► | OCT 2 2 2014 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS — VS-123 (01/01/2010)

**CERTIFIED COPY OF VITAL RECORDS**
**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

0 3 5 4 8 5 3 8 3



PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED _____ DEC 01 2025

This copy is not valid unless prepared on engraved border displaying date, seal and signature of the Assessor-County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE