O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROSE HUNTER, | Case No. 5:25-cv-03249-JFW-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| THE STATE OF CALIFORNIA, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 12).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendant's Motion to Dismiss (Dkt. 10) and dismissing Plaintiff's Complaint with prejudice and without leave to amend.

DATED:  March 31, 2026

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE