JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHRYN ROSE HUNTER,

      Plaintiff,

    v.

THE STATE OF CALIFORNIA,

      Defendant.

Case No. 5:25-cv-03249-JFW-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that Defendant's Motion to Dismiss (Dkt. 10) is granted, and the Complaint and entire action is dismissed with prejudice and without leave to amend.

DATED:  March 31, 2026

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE